ACCEPTED
1-14-00954-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/24/2015 3:32:42 PM
CHRISTOPHER PRINE
CLERK

## NO. 1-14-00954-CR

IN THE COURT OF APPEALS FOR
THE FIRST DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/24/2015 3:32:42 PM
CHRISTOPHER A. PRINE
Clerk

**RALPH GARCIA,**

*Appellant,*

v.

**THE STATE OF TEXAS,**

*Appellee.*

Appealed from the 405th District Court
of Galveston County, Texas
Trial Court Cause Number 12-CR-2430

## MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF OF APPELLANT

Joseph Salhab
State Bar #17532300
2028 Buffalo Terrace
Houston, Texas 77019
Tel. (713) 528-1005
Fax: (713) 528-2424
josephsalhab@mindspring.com

COUNSEL FOR APPELLANT
RALPH GARCIA

NO. 1-14-00954-CR

IN THE COURT OF APPEALS FOR
THE FIRST DISTRICT OF TEXAS
AT HOUSTON

**RALPH GARCIA,**
                                                            *Appellant,*

v.

**THE STATE OF TEXAS,**
                                                            *Appellee.*

Appealed from the 405th District Court
of Galveston County, Texas
Trial Court Cause Number 12-CR-2430

**MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RALPH GARCIA, Appellant, by and through his
attorney of record on appeal, Joseph Salhab, files this Motion for Extension
of Time to File Appellant's Brief. In support of said Motion, the Appellant
shows the Court the following:

## I.

The Appellant was convicted in the 405th District Court of Galveston County, Texas, on or about October 22, 2014, in Cause Number 12-CR-2430, of Murder and sentenced to 28 years imprisonment.

## II.

Appellant gave timely notice of appeal.

## III.

Appellant's brief was due on June 11, 2015. This is Appellant's second Motion for Extension.

## IV.

Appellant is requesting the Court grant an extension of thirteen (13) days for filing the Appellant's Brief until June 24, 2015.

## V.

Appellant's request for an extension of time is being filed concurrently with Appellant's brief.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant an extension of thirteen (13) days until June 24, 2015, to file Appellant's Brief.

Respectfully submitted,

Joseph Salhab
State Bar #17532300
2028 Buffalo Terrace
Houston, Texas 77019
Tel. (713) 528-1005
Fax: (713) 528-2424
josephsalhab@mindspring.com

COUNSEL FOR THE APPELLANT
RALPH GARCIA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered to Assistant District Attorney for Harris County, Texas, via notice of electronic filing (NEF), on the 8th day of May, 2015.

JOSEPH SALHAB

# VERIFICATION

**STATE OF TEXAS**              §
                               §
**COUNTY OF HARRIS**            §

BEFORE ME, the undersigned authority on this day personally appeared JOSEPH SALHAB, who being duly sworn has deposed and stated upon oath:

> "My name is JOSEPH SALHAB. I am the Appellant's attorney on appeal in the above-styled and numbered cause. I have read the above and foregoing Motion to Extend Time to file Appellant's Brief and the facts contained therein are true and correct."

_____
JOSEPH SALHAB

**SUBSCRIBED AND SWORN TO BEFORE ME,** the undersigned authority, on this the 24th day of June, 2015, to certify which, witness my hand and official seal of office.

_____
Notary Public in and for
The State of Texas
Commission Expires: 6/28/16

MARIA DEL PILAR MONTES
MY COMMISSION EXPIRES
June 28, 2016